694     KOSSUTH MARX JEWELRY CO. v. NICHOLS.

[No. 3116. Decided January 8, 1900.]

[No. 3411. Decided January 12, 1900.]

KOSSUTH MARX JEWELRY Co,. *Appellant*, v. BEN C. NICHOLS *et al., Respondents.*

Appeal from Superior Court, Spokane County.—HON. LEANDER H. PRATHER, Judge. Affirmed.

*Samuel R. Stern,* for appellant.

*R. E. Porterfield* and *T. D. Rockwell,* for respondents.

PER CURIAM.—By stipulation of the parties, the briefs used in the case of *Eisenberg v. Nichols and Rogers* have been consulted in the investigation of this case. There being no essential difference in the testimony, this case will follow the case of *Eisenberg v. Nichols*, and is therefore affirmed.